Form 332 332.jsp

## UNITED STATES BANKRUPTCY COURT
District of Rhode Island

Chapter:  7     Case No.:   1:12–bk–13880
Judge:  Diane Finkle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Omar O. Ospina
31 Whirlway Place
Pawtucket, RI 02861

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND
## APPROVAL OF BLANKET BOND

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Stacy B. Ferrara
505 Tiogue Avenue, Suite B
Coventry, RI 02816

2. If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice.  Otherwise, the trustee will be deemed to have accepted the office of trustee.

Dated: 12/13/12

United States Trustee

REJECTION

I, Stacy B. Ferrara , hereby REJECT appointment as Trustee.
Dated: _____

_____
Stacy B. Ferrara

NOTE: If rejected, file with the Court.