B6A (Official Form 6A) (12/07)        FILED JAN 11 '13 13:28 USBCRI

In re _Ospina, Omar O_                                        Case No. _12-138880_
             Debtor                                                                        (If known)

# SCHEDULE A - REAL PROPERTY
## (AMENDED)

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Exec Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| _Single Family Dwelling_ _51 Whirlaway Place_ _Pawtucket RI 02861_ | _Single Tenant_ | | $ 134,000.00 _added →_ | $ - |
| _6 Unit Residential Property_ _681 Pine Street_ _Central Falls RI 02863_ | _Single Tenant_ | | $ 135,000.00 _added ↗_ | $ - |
| | | Total ▶ | $ 269,000.00 | |

(Report also on Summary of Schedules)

_[signature]_   1-11-2013

B6J (Official Form 6J) (12/07)                                    FILED JAN 11 '13 13:28 USBCRI

In re  *Ospina, Omar O*_____                    Case No.    12-13880_____
                    Debtor                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVEDUAL DEBTOR(S)
## (AMENDED)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,150.00 |
| a. Are real estate taxes included?   Yes ☐   No ☑ *amended* | |
| b. Is property insurance included?   Yes ☐   No ☑ | |
| 2. Utilities: a. Electricity and heating fuel | $ 350.00 |
| b. Water and sewer | $ 70.00 |
| c. Telephone | $ 65.00 |
| d. Other___*Cable TV $60.00, Cell Phone $90.00*___ | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 350.00 |
| 5. Clothing | $ 40.00 |
| 6. Laundry and dry cleaning | $ 40.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 175.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 30.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 74.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 180.75 |
| e. Other___ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Real Estate Taxex on Principal Residence**___ | $ 250.00 |
| 13. Installment payments: (In chapter 11,12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto *(Spouse's Car Loan Payment)*  *added →* | $ 593.21 |
| b. Other___Credit cards → *deleted* | $ 0.00 |
| c. Other___ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other___ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,587.96 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
*None*___

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 3,576.90 |
| b. Average monthly expenses from Line 18 above | $ 3,587.96 |
| c. Monthly net income (a. minus b.) | $ -11.06 |

*[signature]*  1-11-2013

FILED JAN 11 '13 13:28 USBCRI

UNITED STATED BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: *Ospina, Omar O.*            Case No: 12-138880
     Debtor                              Chapter: 7

## CERTIFICATION

I certify that a copy of the within AMENDED SHEDULE A –REAL PROPERTY and SCHEDULE J – CURRENT EXPENDITURE OF INDIVIDUAL DEBTOR(S) were mailed to ___*Assistant U.S. Trustee* GARY DONAHUE___, Office of the U.S Trustee, 10 Dorrance Street, Providence RI 02903 and *Trustee* **Stacy B Ferrara**, 505 Tiogue Avenue, Suite B, Coventry RI 02816 ___ on the ___ 11th ___ day of ___ January ___ 2013.

X __[signature]__
(Signature)

01-11-2013
(Date)